Jon Michaelson (SBN 83815)
jon.michaelson@klgates.com
Linda L. Usoz (SBN 133749)
linda.usoz@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Attorneys for Defendants
CITIGROUP, INC., CITIBANK, N.A., and
CITIMORTGAGE, INC.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward J. Davila
9/11/2012

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

RAYN RANDOM,

Plaintiff,

vs.

CITIGROUP, INC., a Delaware Corporation, CITIBANK, N.A., a Subsidiary of CITIGROUP, INC., CITIMORTGAGE, INC., a New York Corporation and Subsidiary of, CITIGROUP, INC., EXECUTIVES & DIRECTORS OF CITIGROUP, INC. (Does 1-100)

Defendants.

Case No. CV 12-03930 EJD

**STIPULATION GRANTING EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT**

PL-71052 v1

Plaintiff Pro Se Rayn Random hereby stipulates that all Defendants shall have until and including September 14, 2012 in which to respond to her complaint in this matter.

**IT IS SO STIPULATED.**

Dated: September 5, 2012

Rayn Random,
Plaintiff Pro Se

K&L GATES LLP

Dated: September 5, 2012

By: Linda L. Usoz

Attorneys for Defendants CITIGROUP, INC., CITIBANK, N.A., and CITIMORTGAGE, INC.