1   Jon Michaelson (SBN 83815)
    jon.michaelson@klgates.com
2   Linda L. Usoz (SBN 133749)
    linda.usoz@klgates.com
3   K&L GATES LLP
    630 Hansen Way
4   Palo Alto, CA  94304
    Telephone:  (650) 798-6700
5   Facsimile:   (650) 798-6701

6   Attorneys for Defendants
    CITIGROUP, INC., CITIBANK, N.A., and
7   CITIMORTGAGE, INC.

IT IS SO ORDERED

Judge Edward J. Davila

9/11/2012

8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12   RAYN RANDOM,                        Case No. CV 12-03930 EJD

13              Plaintiff,               **STIPULATION GRANTING EXTENSION
                                         OF TIME FOR ALL DEFENDANTS TO
14        vs.                            RESPOND TO COMPLAINT**

15   CITIGROUP, INC., a Delaware Corporation,
     CITIBANK, N.A., a Subsidiary of CITIGROUP,
16   INC., CITIMORTGAGE, INC., a New York
     Corporation and Subsidiary of, CITIGROUP,
17   INC., EXECUTIVES & DIRECTORS OF
     CITIGROUP, INC. (Does 1-100)
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

PL-71052 v1

STIPULATION GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
Case No. CV 12-03930 HRL

1    Plaintiff Pro Se Rayn Random hereby stipulates that all Defendants shall have until and

2   including September 14, 2012 in which to respond to her complaint in this matter.

3        **IT IS SO STIPULATED.**

4

5

6   Dated:  September 5, 2012

7                                                              Rayn Random,
                                                               Plaintiff Pro Se
8

9                                                              K&L GATES LLP

10

11  Dated:  September 5, 2012                   By:

12                                                              Linda L. Usoz

13                                                              Attorneys for Defendants
                                                               CITIGROUP, INC., CITIBANK, N.A., and
14                                                              CITIMORTGAGE, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1

STIPULATION GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
Case No. CV 12-03930 HRL