RAYN RANDOM
35 Cuesta Vista Drive
Monterey, CA  93940
831-655-2777
rynchk@aol.com

Plaintiff – Pro Se

**IT IS SO ORDERED**
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RAYN RANDOM<br>      Plaintiff,<br><br>   vs.<br><br>CITIGROUP, INC., CITIBANK, N.A.,<br>CITIMORTGAGE, INC., EXECUTIVES and<br>DIRECTORS OF CITIGROUP, INC.<br>      Defendants. | Case Number: CV12-03930 EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE**<br>[FRCP § 41(a)(1)(A)(i)]<br><br>JUDGE:<br>EDWARD J.<br>DAVILA<br><br>Case Filed: July 25, 2012 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses the above-captioned case, without prejudice, as to all Defendants.   The Clerk shall close this file.

Respectfully Submitted,

Date: September 27, 2012

NAME  RAYN RANDOM
Plaintiff, Pro Se

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

CASE NO.: _____