1  RAYN RANDOM
   35 Cuesta Vista Drive
2  Monterey, CA 93940
   831-655-2777
3  rynchk@aol.com

4  Plaintiff – Pro Se

*IT IS SO ORDERED*
*[signature] Judge Edward J. Davila*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

RAYN RANDOM         ) Case Number: CV12-03930 EJD
        Plaintiff,  )
                    )
   vs.              ) PLAINTIFF'S NOTICE OF VOLUNTARY
                    ) DISMISSAL, WITHOUT PREJUDICE
CITIGROUP, INC., CITIBANK, N.A., ) [FRCP § 41(a)(1)(A)(i)]
CITIMORTGAGE, INC., EXECUTIVES and )
DIRECTORS OF CITIGROUP, INC.       ) JUDGE:
        Defendants.                ) EDWARD J.
                                   ) DAVILA
                                   )
                    Case Filed: July 25, 2012

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses the above-captioned case, without prejudice, as to all Defendants. The Clerk shall close this file.

Respectfully Submitted,

Date: September 27, 2012

NAME: RAYN RANDOM
Plaintiff, Pro Se

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

CASE NO.: _____